

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lake, Simeon T | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>04/21/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk Avenue, Room 9535<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)* .

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas A&M University | 5/11/07 | College Station, Texas | Commencement Speech | Meals and Room |
| 2. | American Bar Association | 10/25/07 | Washington, D.C. | Securities Fraud Institut | Travel, room, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1-Houston, TX | B | Rent | M | W | | | | | |
| 2. rental property #2-Houston, TX | B | Rent | L | W | | | | | |
| 3. rental property #3-Houston, TX | B | Rent | L | W | | | | | |
| 4. rental property #4-Houston, TX | B | Rent | N | W | | | | | |
| 5. property, Washington Cnty, TX | A | Rent | M | W | | | | | |
| 6. J.P. Morgan Chase | A | Interest | J | T | | | | | |
| 7. Exxon Common Stock | E | Dividend | P1 | T | | | | | |
| 8. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 9. Royalty Interest, Washington County, Texas | D | Royalty | K | W | | | | | |
| 10. Merrill Lynch Money Mkt Acct (IRA) | A | Interest | K | T | | | | | |
| 11. AT&T Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 12. Novartis ADR (IRA) | A | Dividend | L | T | | | | | |
| 13. IBM Corp. Common Stock (IRA) | A | Dividend | L | T | | | | | |
| 14. General Electric Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 15. Intel Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 16. Syngenta AG ADR (IRA) | A | Dividend | J | T | | | | | |
| 17. Palm, Inc. Common Stock (IRA) | | None | J | T | Sold | 09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3 Com Corp. Common Stock (IRA) | | None | J | T | Sold | 09/18 | J | A | |
| 19. Nestle Corp. ADR (IRA) | A | Dividend | L | T | | | | | |
| 20. Dr. Reddy's Lab ADR (IRA) | A | Dividend | K | T | | | | | |
| 21. Freds, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson Inc. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 23. Procter & Gamble Inc. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 24. Washington Mutual Inc. Common Stock (IRA) | B | Dividend | J | T | | | | | |
| 25. Microsoft Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 26. ABX Air Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 27. McCormick Inc. Non-Voting (IRA) | A | Dividend | K | T | | | | | |
| 28. U.S. Treas. Note (IRA) | A | Interest | K | T | Sold | 01/18 | K | A | |
| 29. 3M Company (IRA) | A | Dividend | K | T | Buy | 11/08 | K | | |
| 30. VKM Senior Income Tr. (IRA) | A | Dividend | K | T | Buy | 02/08 | K | | |
| 31. VKM Senior Income Tr. (IRA) | A | | K | T | Sell | 11/08 | K | A | |
| 32. Trust #1 | | | | | | | | | |
| 33. --AT&T Common Stock | B | Dividend | L | T | | | | | |
| 34. --XCEL Energy, Inc. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 36.   --Verigy Ltd. Common Stock | | None | J | T | Sold | 5/30 | J | A | |
| 37.   --Hewlett Packard Co. Common Stock | A | Dividend | L | T | | | | | |
| 38.   --Merrill Lynch Money Market Acct | A | Dividend | J | T | | | | | |
| 39.   --Southwest Airlines Common Stock | A | Dividend | L | T | | | | | |
| 40.   --Apple Computer Inc. Common Stock | | None | M | T | | | | | |
| 41.   --Agilent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 42.   --Bristol Myers Squib Co. Inc. Common Stock | B | Dividend | L | T | | | | | |
| 43.   --Pfizer Inc. Common Stock | B | Dividend | K | T | | | | | |
| 44.   --Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 45.   --Johnson & Johnson Co. Common Stock | A | Dividend | K | T | | | | | |
| 46.   --Starbucks Corp. | | None | J | T | Buy | 06/12 | J | | |
| 47.   Merrill Lynch Money Fund | C | Dividend | L | T | | | | | |
| 48.   AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 49.   Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 50.   Trust #2 | | | | | | | | | |
| 51.   --Exxon Corp. Common Stock | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Merrill Lynch Money Fund | B | Dividend | K | T | | | | | |
| 53. --Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 54. --General Electric Common Stock | B | Dividend | L | T | | | | | |
| 55. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 56. Nokia Corp. Common Stock | A | Dividend | L | T | | | | | |
| 57. Wachovia Corp. Common Stock | B | Dividend | K | T | | | | | |
| 58. Kellog Co. Common Stock | A | Dividend | K | T | | | | | |
| 59. Hospira Inc. Common Stock | | None | J | T | | | | | |
| 60. Procter & Gamble, Inc. | A | Dividend | K | T | | | | | |
| 61. Bank of Texas Account | A | Interest | J | T | | | | | |
| 62. Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 63. Fidelity Municipal Money Mkt a/c | A | Interest | J | T | | | | | |
| 64. I shares Dow U.S.-Broker Dealers Index | A | Dividend | J | T | Sold | 10/29 | J | A | |
| 65. I shares Global Financials Sector Index | A | Dividend | J | T | | | | | |
| 66. I shares S&P Global Telecom Sector Index | A | Dividend | J | T | | | | | |
| 67. Kraft Foods | A | Dividend | K | T | Buy | 11/05 | K | | |
| 68. I shares Pacific Ex Japan Index | A | Dividend | J | T | Buy | 01/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes '(See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Mont - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. I shares FTSE China 25 Index | A | Dividend | J | T | Buy | 11/09 | J | | |
| 70. I shares Emerging Mkts Index Fd | A | Dividend | J | T | Buy | 01/16 | J | | |
| 71. I shares S&P Latin Amer 40 Index | A | Dividend | J | T | Buy | 11/09 | J | | |
| 72. I shares Global Materials Index | A | Dividend | J | T | Buy | 04/13 | J | | |
| 73. I shares S&P Metals & Mining ETF | A | Dividend | J | T | Buy | 04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 04/21/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII

PAGE 4

Line 9 -- The 2006 Report contained duplicate entries for AT&T Inc. Common Stock -- p. 4, line 9 and p. 6, line 48. This year's Report contains only one entry for AT&T Inc. Common Stock -- p. 6, line 48.

PAGE 5

Lines 29-31 -- 3M Company, VKM Senior Income Tr., and VKM Senior Income (IRA) are new entries.

PAGE 7

Lines 62-63 -- Reversed the order of Fidelity Municipal Money Mkt a/c and Caterpillar Inc. (which were listed as 70 and 71 on 2006 Report).
Lines 67-68 -- Kraft Foods and I shares Pacific Ex Japan are new entries.

PAGE 8

Lines 69-73 -- I shares FTSE China 25, I shares Emerging Mkts Index, I shares S&P Latin Amer, I shares Global Materials, and I shares S&P Metals & Mining are new entries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544